

## RETURN OF SERVICE

00576591/cb

STATE OF WASHINGTON )
                    ) ss.
COUNTY OF KING      )

MICHAEL FADULLON, individually and on behalf of all others similarly situated
vs.
CAPITOL ONE FINANICAL CORPORATION; AMAZON WEB SERVICES, INC,; PAIGE A THOMPSON; and DOES 1-10,

CAUSE #: 2:19-cv-01189-BJR
COURT: UNITED STATES DISTRICT COURT for the Western District of Washington

PROCESS: Summons In A Civil Action, Class Action Complaint, Civil Cover Sheet, Minute Order Reassigning Case, Notice of Related Cases

DATE RECEIVED: 8/28/2019
DATE SERVED: 9/4/2019 @ 9:30 AM
NAMED PARTY: **PAIGE A. THOMPSON**

I, HUGO ESPARZA, AM A KING COUNTY DEPUTY, AUTHORIZED TO SERVE PROCESS.

I RECEIVED THE ABOVE NAMED PROCESS AND PERSONALLY SERVED SAID PROCESS ON THE NAMED PARTY, <u>PAIGE A. THOMPSON</u>, ON THE DATE ABOVE SPECIFIED, A TRUE COPY

AT <u>FEDERAL DETENTION CENTER SEATAC, WA</u>, KING COUNTY, STATE OF WASHINGTON.

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

SHERIFF MITZI JOHANKNECHT
KING COUNTY SHERIFF'S OFFICE

SIGNED THIS __5__, DAY OF __9_____, 2019 IN SEATTLE, WASHINGTON.

BY _____
HUGO ESPARZA
KING COUNTY DEPUTY SHERIFF

SHERIFF'S FEES

Mileage ($15.00)
Return of Service ($26.00)
Service Fee ($33.00)
Total: $74.00

5/2015